DAYLE ELIESON
United States Attorney
District of Nevada
ELHAM ROOHANI
Nevada Bar No. 12080
Assistant United States Attorneys
501 Las Vegas Blvd So., Ste. 1100
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6020

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-040-JAD-CWH |
|---|---|
| Plaintiff, | **UNOPPOSED MOTION TO UNSEAL SEARCH WARRANTS** |
| vs. | |
| ROBERT WILLIAM SURDEL, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request that the Court unseal the following search and seizure warrants that were issued as part of the investigation in this case. The parties are seeking to unseal the warrants so that the Government may produce the search warrants and the accompanying returns in discovery, or may make the material available for review under the applicable statutes.

The search and seizure warrants the parties are seeking to unseal are:

| Case Number | Caption | Date Issued |
|---|---|---|
| 2:18-mj-463-GWF | In the Matter of the Search of Samsung Galaxy Cell Phone (White) Model: SGH-I747, Serial Number R31D51B4PEM, Currently in Custody of FBI Las Vegas Division | April 27, 2018 |
| 2:18-mj-464-GWF | In the Matter of the Search of Samsung Galaxy Tablet (White) Model: SM-T113, Serial Number | April 27, 2018 |

| | R52J711519A, Currently in Custody of FBI Las Vegas Division | |

Respectfully submitted,
For the United States:                    For the Defense:

DAYLE ELIESON
United States Attorney

//s//                                                              //s//
_____           _____
ELHAM ROOHANI                              PAUL RIDDLE, ESQ.
Assistant United States Attorney           Attorney for the Defendant

**IT IS SO ORDERED:**

_____           June 12, 2018
United States Magistrate Judge             _____
                                            Date